# BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: Federal Bureau of Prisons Home Confinement

MDL - 2970

James Whitted -vs- D. Easter, Easter District of Connecticut, Case No 3:20-cv-569 (MPS)
Your Case Name, District Court, and Case Number

### PRO SE PARTY'S RESPONSE TO MOTION

Provide below your response to the Motion. If you run out of space, you may continue to number attach additional sheets of paper.

I am the (plaintiff)/defendant (circle one) in this case and I state as follows:

I am currently a chronic care inmate at FCI Danbury diagnosed with hypertension, epilepsy, high cholesterol and I am vitamin-D deficient. The United States Center for Disease Control and Prevention ("CDC") list hypertension as being one of many medical conditions that might place you at an increased risk of severe illness from Covid-19. In addition to being an inmate whose health conditions put him at risk to greater harm then most from Covid-19. I am also a non-violent offender infraction free, with a well verified home plan. With these facts listed, I pray this panel will add me as a class member of this case and consider me for home-confinement. As I believe I do meet the criteria

Signed this 15 day of September, 2020

        Signature of Party   _Deric Twitty_

        Mailing Address    Deric Twitty #60266-083
                                    33 ½ Pembroke Rd
                                    Danbury, CT 06811

        Telephone Number   N/A

Note: Each party filing the Response must date and sign the Response and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary. The Response must be served on each party or representing attorney, together with any other accompanying documents.

RECEIVED CLERK'S OFFICE 2020 SEP 21 AM 9:16 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION