UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: FEDERAL BUREAU OF PRISONS HOME
CONFINEMENT LITIGATION                                            MDL No. 2970


(SEE ATTACHED SCHEDULE)


ORDER DEEMING MOTION MOOT


     Before the Panel is a motion filed by pro se plaintiff Rhonda Fleming, seeking centralization of the actions on the attached schedule, pursuant to 28 U.S.C. § 1407, in the United States District Court for the District of Connecticut for coordinated or consolidated pretrial proceedings. The Panel has now been advised that the listed District of Connecticut action has been terminated pursuant to the order and final judgment dismissing the case entered on October 19 and 20, 2020, respectively, thus depriving this litigation of its multidistrict character.

     IT IS THEREFORE ORDERED that the motion filed by pro se plaintiff Rhonda Fleming, for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.


FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: FEDERAL BUREAU OF PRISONS HOME
CONFINEMENT LITIGATION                                  MDL No. 2970

**SCHEDULE A**

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CONNECTICUT | | | |
| CT | 3 | 20-00569 | Martinez-Brooks et al v. Easter et al |
| FLORIDA NORTHERN | | | |
| FLN | 4 | 20-00212 | FLEMING v. STRONG |
| FLN | 4 | 20-00329 | LEE v. STRONG |